No. 82–337. FERRETTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–356. STIGLER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 82–376. WAITE v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–427. GUMBHIR v. KANSAS STATE BOARD OF PHARMACY. Sup. Ct. Kan. Certiorari denied.

No. 82–451. COSTELLO ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–459. PARCINSKI v. OUTLET CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–461. PHILLIPS PETROLEUM CO. v. DUCKWORTH, DISTRICT JUDGE, 26TH JUDICIAL DISTRICT OF KANSAS, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 82–462. INSURANCE & PREPAID BENEFITS TRUST ET AL. v. DONOVAN, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 82–532. WEISS v. LEHMAN. C. A. 9th Cir. Certiorari denied.

No. 82–543. NORTH CAROLINA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–546. BIRCH v. LEHMAN, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 82–565. MACDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.